| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DOUG GRIFFITH (SBN 185333)<br>doug.griffith@fitzhunt.com<br>BRIAN T. MAYE<br>(Pro Hac Vice forthcoming)<br>brian.maye@fitzhunt.com<br>FITZPATRICK, HUNT & PAGANO, LLP<br>633 West Fifth Street, 60th Floor Los Angeles, CA 90071<br>Tel.: (213) 873-2100<br>ATTORNEY(S) FOR: Defendant Frontier Airlines, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Heiting<br><br>Plaintiff(s),<br>v.<br>Frontier Airlines, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-01375<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Frontier Airlines, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Defendant Frontier Airlines, Inc. | Frontier Airlines Holdings, Inc. - owns 100% of Frontier Airlines, Inc. |
| | Frontier Group Holdings, Inc. - owns 100% of Frontier Airlines Holdings, Inc. |

February 18, 2025  /s/ Doug Griffith
Date                Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Frontier Airlines, Inc.