Name and address:
Doug Griffith, Esq., SBN 185333
FITZPATRICK, HUNT & PAGANO, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, an individual,<br><br>                                    Plaintiff(s)<br>                v.<br>FRONTIER AIRLINES, INC., a Colorado Corporation; DOES 1 through 25, inclusive,<br><br>                                    Defendant(s). | CASE NUMBER<br>2:25-cv-01375 SPG (PDx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Maye, Brian T.                                    of    FITZPATRICK, HUNT & PAGANO, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    10 S. La Salle Street, Suite 3400
(312) 728-4905            (312) 725-4950                          Chicago, Illinois 60603
*Telephone Number*        *Fax Number*
brian.maye@fitzhunt.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Frontier Airlines, Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Griffith, Doug C.                                    of    FITZPATRICK, HUNT & PAGANO, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    633 West Fifth Street, 60th Floor
   185333        (213) 873-2100        (213) 873-2125       Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
doug.griffith@fitzhunt.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                        _____
                                                        **U.S. District Judge/U.S. Magistrate Judge**