**DOUG GRIFFITH, SBN 185333**
doug.griffith@fitzhunt.com
**EDWARD TAROLLI, SBN 358412**
edward.tarolli@fitzhunt.com
**FITZPATRICK, HUNT & PAGANO, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100

**BRIAN T. MAYE (*Pro Hac Vice* pending)**
brian.maye@fitzhunt.com
**FITZPATRICK, HUNT & PAGANO, LLP**
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
Tel.: (312) 728-4000 / Fax: (312) 728-4950

Attorneys for Defendant,
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01375 SPG (PDx)<br>*[Assigned to Hon. Sherilyn Peace Garnett]*<br><br>**STIPULATION TO EXTEND DEFENDANT FRONTIER AIRLINES, INC.'S DEADLINE TO FILE ITS RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Anne Heiting ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant"), subject to the Court's approval, that Defendant's deadline to file its responsive pleading shall be extended 30 days, or until March 27, 2025. In support of this stipulation, the parties hereto state as follows:

1.     On January 15, 2025, Plaintiff Anne Heiting (hereinafter "Plaintiff") commenced an action (the "Complaint") in the Superior Court of California, County of Los Angeles, captioned *Anne Heiting v. Frontier Airlines, Inc.*, Case No. 25STCV01092. Plaintiff asserted a cause of action under the "Trap and Trace Law" provision of the California Invasion of Privacy Act ("CIPA"), codified in Cal. Penal Code 630, et. seq.

2.     On February 18, 2025, Defendant removed Plaintiff's state court action to the United States District Court for the Central District of California.

3.     Pursuant to Fed. R. Civ. P. 81(c), Defendant's deadline to file a responsive pleading is seven (7) days after the notice of removal is filed, or, in this case, February 25, 2025.

4.     The parties wish to extend Defendant's deadline to file its responsive pleading in order to enhance the prospect of successful settlement discussions, which are currently underway.

5.     Accordingly, the parties to this stipulation respectfully request that the Court approve the stipulation and enter the proposed order submitted herewith.

DATED: February 25, 2025          Respectfully submitted,

                                  TAULER SMITH LLP

                                  /s/ *Robert Tauler*
                                  Robert Tauler
                                  Wendy Miele
                                  Camrie Ventry
                                  Attorneys for Plaintiff, Anne Heiting

                                  FITZPATRICK, HUNT & PAGANO, LLP

                                  /s/ *Doug Griffith*
                                  Doug Griffith
                                  Brian T. Maye (*Pro Hac Vice* pending)
                                  Edward Tarolli
                                  Attorneys for Defendant,
                                  Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of February 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez