# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01375 SPG (PDx)<br>*[Assigned to Hon. Sherilyn Peace Garnett]*<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND DEFENDANT FRONTIER AIRLINES, INC.'S DEADLINE TO FILE ITS RESPONSIVE PLEADING** |

Having read and considered the Stipulation to Extend Defendant Frontier Airlines, Inc.'s Deadline to File its Responsive Pleading submitted by Plaintiff Anne Heiting and Defendant Frontier Airlines, Inc., and finding good cause therefor,

IT IS HEREBY ORDERED that Defendant's deadline to file its responsive pleading shall be extended thirty (30) days, or until March 27, 2025.

IT IS SO ORDERED.

Dated: _____

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez