UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01375-SPG(PDx) | Date | February 27, 2025 |
| Title | Heiting v. Frontier Airlines, Inc. et al. | | |

Present: The Honorable  SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER REGARDING STIPULATION TO AMEND COMPLAINT [ECF NO. 9]

Defendant Frontier Airlines, Inc. filed a Joint Stipulation Extending Time to Answer the Complaint as to Frontier Airlines, Inc. (ECF No. 9 ("Stipulation")), which need not be approved by the Court pursuant to Local Rule 8-3. Accordingly, the Court strikes the proposed order (ECF No. 9-1) as moot. Defendant shall file its responsive pleading, if any, consistent with the time period set forth in the Stipulation.

**IT IS SO ORDERED.**

: 

Initials of Preparer  pg