1  **EDWARD TAROLLI, SBN 358412**
2  edward.tarolli@fitzhunt.com
   **FITZPATRICK, HUNT & PAGANO, LLP**
3  633 West Fifth Street, 60th Floor
   Los Angeles, CA 90071
4  Tel.: (213) 873-2100

5  **BRIAN T. MAYE (*Pro Hac Vice*)**
6  brian.maye@fitzhunt.com
   **FITZPATRICK, HUNT & PAGANO, LLP**
7  10 South LaSalle Street, Suite 3400
   Chicago, IL 60603
8  Tel.: (312) 728-4000 / Fax: (312) 728-4950

9  Attorneys for Defendant,
10 FRONTIER AIRLINES, INC.

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  ANNE HEITING, an individual, | CASE NO. 2:25-cv-01375 SPG (PDx) |
| 15                  Plaintiff, | *[Assigned to Hon. Sherilyn Peace Garnett]* |
| 16          vs. | **SECOND STIPULATION TO EXTEND DEFENDANT FRONTIER AIRLINES, INC.'S DEADLINE TO FILE ITS RESPONSIVE PLEADING** |
| 17 | |
| 18  FRONTIER AIRLINES, INC., a Colorado corporation; et al., | |
| 19 | |
| 20                  Defendants. | |

21

22      IT IS HEREBY STIPULATED and AGREED by and between Plaintiff
23 Anne Heiting ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant"),
24 subject to the Court's approval, that Defendant's deadline to file its responsive
25 pleading shall be extended 30 days, or until April 25, 2025. In support of this
26 stipulation, the parties hereto state as follows:
27      1.    On January 15, 2025, Plaintiff Anne Heiting (hereinafter "Plaintiff")
28 commenced an action (the "Complaint") in the Superior Court of California,

County of Los Angeles, captioned *Anne Heiting v. Frontier Airlines, Inc.*, Case No. 25STCV01092. Plaintiff asserted a cause of action under the "Trap and Trace Law" provision of the California Invasion of Privacy Act ("CIPA"), codified in Cal. Penal Code 630, et. seq.

2. On February 18, 2025, Defendant removed Plaintiff's state court action to the United States District Court for the Central District of California.

3. Pursuant to Fed. R. Civ. P. 81(c), Defendant's deadline to file a responsive pleading was seven (7) days after the notice of removal was filed, or, in this case, February 25, 2025.

4. The parties sought to extend Defendant's deadline to file its responsive pleading in order to enhance the prospect of successful settlement discussions, and as such extended the deadline originally to March 27, 2025.

5. Defendant and Plaintiff have now agreed to extend the responsive deadline further in order to facilitate ongoing settlement negotiations.

6. Accordingly, the parties to this stipulation respectfully request that the Court approve the stipulation and extend Defendant's deadline to file their responsive pleading.

DATED: March 27, 2025          Respectfully submitted,

                               TAULER SMITH LLP

                               /s/ *Robert Tauler*
                               Robert Tauler
                               Wendy Miele
                               Camrie Ventry
                               Attorneys for Plaintiff, Anne Heiting

                               FITZPATRICK, HUNT & PAGANO, LLP

                               /s/ *Brian Maye*
                               Brian T. Maye (*Pro Hac Vice*)
                               Edward Tarolli
                               Attorneys for Defendant,
                               Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of March 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez