**EDWARD TAROLLI, SBN 358412**
edward.tarolli@fitzhunt.com
F<small>ITZPATRICK</small>, H<small>UNT</small> & P<small>AGANO</small>, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100

**BRIAN T. MAYE (Appearing *Pro Hac Vice*)**
brian.maye@fitzhunt.com
F<small>ITZPATRICK</small>, H<small>UNT</small> & P<small>AGANO</small>, LLP
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
Tel.: (312) 728-4000 / Fax: (312) 728-4950

Attorneys for Defendant,
FRONTIER AIRLINES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01375 SPG (PDx)<br>*[Assigned to Hon. Sherilyn Peace Garnett]*<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING SECOND STIPULATION TO EXTEND DEFENDANT FRONTIER AIRLINES, INC.'S DEADLINE TO FILE ITS RESPONSIVE PLEADING** |

**PLEASE TAKE NOTICE** that Defendant Frontier Airlines, Inc., ("Defendant") respectfully lodges the attached [Proposed] Order Regarding Second Stipulation to Extend Defendant's Deadline to File Its Responsive Pleading.

Dated: March 27, 2025           Respectfully submitted,

                                F<small>ITZPATRICK</small>, H<small>UNT</small> & P<small>AGANO</small>, LLP

                                */s/ Edward Tarolli*
                                Edward Tarolli
                                Brian T. Maye (*Pro Hac Vice*)
                                Attorneys for Defendant, Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez