**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anne Heiting,<br><br>                Plaintiff,<br><br>    v.<br><br>Frontier Airlines, Inc.; and Does 1-25, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-01375-SPG-PD<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO APRIL 25, 2025 [ECF NO. 15]** |

Before the Court is the Second Stipulation for Extension of Time to File Answer to April 25, 2025 (ECF No. 15 ("Stipulation")) filed by Defendant Frontier Airlines, Inc. Having considered the Stipulation, and finding good cause therefor, it is hereby ORDERED that Defendant's deadline to file its responsive pleading shall be extended by thirty (30) calendar days, to on or before April 25, 2025.

    **IT IS SO ORDERED.**

DATED: April 10, 2025

                                        HON. SHERILYN PEACE GARNETT
                                        UNITED STATES DISTRICT JUDGE