1  **EDWARD TAROLLI, SBN 358412**
2  edward.tarolli@fitzhunt.com
   **FITZPATRICK, HUNT & PAGANO, LLP**
3  633 West Fifth Street, 60th Floor
   Los Angeles, CA 90071
4  Tel.: (213) 873-2100

5  **BRIAN T. MAYE (*Pro Hac Vice*)**
6  brian.maye@fitzhunt.com
   **FITZPATRICK, HUNT & PAGANO, LLP**
7  10 South LaSalle Street, Suite 3400
   Chicago, IL 60603
8  Tel.: (312) 728-4000 / Fax: (312) 728-4950

9  Attorneys for Defendant,
10 FRONTIER AIRLINES, INC.

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  ANNE HEITING, an individual, | CASE NO. 2:25-cv-01375 SPG (PDx) |
| 15           Plaintiff, | *[Assigned to Hon. Sherilyn Peace Garnett]* |
| 16     vs. | **DEFENDANT'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** |
| 17  FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 25, inclusive, | |
| 18 | |
| 19 | |
| 20           Defendants. | |

21

22      The parties respectfully notify the Court that the parties have agreed in
23 principle to settle the above-captioned matter.  Counsel for the parties are in the
24 process of preparing and finalizing the Settlement Agreement and Stipulated
25 Dismissal ("Agreement").  The parties intend to file the stipulated dismissal as soon
26 as practicable, but respectfully request that the parties are given 30 days to file the
27 said stipulated dismissal.  Accordingly, Defendant respectfully requests that the
28 ///

1 | Court vacate the responsive pleading deadline as set forth in the April 10, 2025,
2 | Order Granting Second Stipulation for Extension of Time to File Answer.
3 |     Defendant is filing this Notice and Motion with Plaintiff's approval and
4 | permission.

6 | DATED: April 23, 2025      FITZPATRICK, HUNT & PAGANO, LLP

By: /s/ *signature*
Edward Tarolli
Brian Maye
Attorneys for Defendant,
Frontier Airlines, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez