UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANNE HEITING, an individual, | CASE NO. 2:25-cv-01375 SPG (PDx) |
|---|---|
| Plaintiff, | *[Assigned to Hon. Sherilyn Peace Garnett]* |
| vs. | **[PROPOSED] ORDER RE NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** |
| FRONTIER AIRLINES, INC., a Colorado corporation; DOES 1 through 25, inclusive, | |
| Defendants. | |

Having read and considered Defendant Frontier Airlines, Inc.'s Notice of Settlement in Principle and Motion to Vacate All Deadlines, and finding good cause therefor,

IT IS HEREBY ORDERED that the parties be granted thirty (30) days to file the stipulated dismissal, and Defendant's deadline to file its responsive pleading, as set forth in the April 10, 2025, Order Granting Second Stipulation for Extension of Time to File Answer, shall be vacated.

///

///

///

1   IT IS SO ORDERED.
2   Dated: _____

4              _____
               HONORABLE SHERILYN PEACE GARNETT
5              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 23rd day of April, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court at USDC, Central District of California, using CM/ECF system, which will send notification of such filing to all parties in this action.

_____
Martha L. Rodriguez