1  Robert Tauler  (SBN 241964)
   robert@taulersmith.com
2  Narain Kumar, Esq. (SBN 301533)
   nkumar@taulersmith.com
3  TAULER SMITH LLP
   626 Wilshire Boulevard, Suite 550
4  Los Angeles, California 90017
   Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Anne Heiting*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, an individual, | Case No.: 2:25-cv-01375-SPG-PD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| FRONTIER AIRLINES, INC., a Colorado corporation: DOES 1 through 25, inclusive, | |
| Defendants. | |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Anne Heiting, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to her individual claims.

DATED: May 15, 2025                         TAULER SMITH LLP


                                            By:   */s/ Robert Tauler*
                                                  Robert Tauler, Esq.
                                                  *Attorneys for Plaintiff*
                                                  *Anne Heiting*